**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PLAQUEMINES HOLDINGS, L.L.C.**                    **CIVIL ACTION**

**VERSUS**                                          **NO. 11-3149**

**CHS, INC.**                                       **SECTION "C" (4)**

<u>**ORDER AND REASONS**</u>

Before the Court is the defendant's Motion for Fed. R. Civ. P. 62(C) Order of Stay. Rec. Doc. 143. The plaintiff opposes. Rec. Doc. 144. The defendant's motion seeks a stay of the injunctive relief ordered in the Court's original Opinion in this matter. Rec. Doc. 121.

In light of the Court's recent ruling on the plaintiff's Motion to Amend Opinion for Clarification (Rec. Doc. 149), which vacates the original opinion, and the Amended Opinion (Rec. Doc. 150), which denies the plaintiff any injunctive relief against the defendant, IT IS ORDERED the current Motion for Fed. R. Civ. P. 62(C) Order of Stay is MOOT.

New Orleans, LA, this 6th day of December, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1